No. 43040.—Protest 711546–G of Bullocks, Inc. (Los Angeles).

Opinion by DALLINGER, J.   It was stipulated that the merchandise in question consists of articles like those the subject of Abstracts 32324, 32020, 30366, 30408, and 30407.   The claim at 40 percent under paragraph 339 was therefore sustained.

No. 43041.—Protest 711508–G of Bullocks, Inc. (Los Angeles).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and on the authority of Abstracts 30366, 30382, 30408, 32324, and 27043 the articles in question were held dutiable at 40 percent under paragraph 339 as claimed.

No. 43042.—Protest 690131–G of Bullocks, Inc. (Los Angeles).

Opinion by DALLINGER, J.   It was stipulated that the merchandise in question consists of trays similar to those passed upon in Abstract 32324.   The claim at 40 percent under paragraph 339 was therefore sustained.

No. 43043.—Protests 217936–G of Globe Shipping Co., Inc., et al. (New York.)

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and on the authority of *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Viking Trading Co.* v. *United States* (2 Cust. Ct. 237, C. D. 132) the baskets and bottles in question were held dutiable at 40 percent under paragraph 339 as claimed.

BEFORE THE SECOND DIVISION, JANUARY 19, 1940

No. 43044.—Protests 291097–G, etc., of Georges Bros. (New York).

Opinion by TILSON, J.   From the record it was found that certain items consist of Venice lace similar to that involved in *Littwitz* v. *United States* (3 Cust. Ct. 123, C. D. 217) and filet lace similar to that the subject of *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065).   The claim at 75 percent under paragraph 1430 was therefore sustained.

No. 43045.—Protests 266579–G, etc., of Haddad Bros. (New York).

Opinion by TILSON, J.   From the record it was found that certain items consist of Venice lace similar to that involved in *Littwitz* v. *United States* (3 Cust. Ct. 123, C. D. 217) and filet lace similar to that the subject of *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065).   The claim at 75 percent under paragraph 1430 was therefore sustained.